Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−11107−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Vincent J. Domenico Sr. | Kristen D. Domenico |
| 370 Pine Road | 370 Pine Road |
| Hammonton, NJ 08037 | Hammonton, NJ 08037 |

Social Security No.:
xxx−xx−2628                                                             xxx−xx−9969

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            4/9/25
Time:            09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 4, 2025
JAN: eag

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Vincent J. Domenico, Sr.  
Kristen D. Domenico  
    Debtors

Case No. 25-11107-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 04, 2025 | Form ID: 132 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent J. Domenico, Sr., Kristen D. Domenico, 370 Pine Road, Hammonton, NJ 08037-8975 |
| 520540179 | + | Atlantic Emergency Assoc., 1925 Pacific Ave. # 8, Atlantic City, NJ 08401-6713 |
| 520540182 | + | Cooper Health System, 7 Foster Ave Ste 10, Gibbsboro, NJ 08026-1191 |
| 520540184 | + | Justice, 18900 Michigan Ave., Dearborn, MI 48126-3912 |
| 520540185 | + | KML Law Group, PC, 216 Haddon Ave. Ste. 406, Collingswood, NJ 08108-2812 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 04 2025 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2025 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520540181 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2025 21:15:29 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520540183 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 04 2025 21:15:11 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 520540186 | | Email/Text: govtaudits@labcorp.com | Feb 04 2025 20:57:00 | LabCorp, PO Box 2240, Burlington, NC 27216 |
| 520540188 | | Email/Text: ml-ebn@missionlane.com | Feb 04 2025 20:56:00 | Mission Lane, PO Box 105286, Atlanta, GA 30348 |
| 520540187 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 04 2025 20:57:00 | Midland Credit Management, 350 Camino De La Reina Ste. 100, San Diego, CA 92108-3007 |
| 520540189 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 04 2025 20:57:00 | Premier Bankcard, Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 520540190 | ^ | MEBN | Feb 04 2025 20:54:40 | Quality Asset Recovery, LLC, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 520540191 | + | Email/Text: bnc-quantum@quantum3group.com | Feb 04 2025 20:57:00 | Quantum3 Group, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520540192 | + | Email/Text: DeftBkr@santander.us | Feb 04 2025 20:57:00 | Santander, 75 State St., Boston, MA 02109-1846 |
| 520540193 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 04 2025 20:57:00 | Select Portfolio, 3217 S Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 520540194 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Feb 04 2025 20:56:00 | Sunrise Credit, 260 Airport Plaza Blvd., |

Case 25-11107-ABA    Doc 9    Filed 02/06/25    Entered 02/07/25 00:15:27    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 04, 2025 | Form ID: 132 | Total Noticed: 20 |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | Farmingdale, NY 11735-3946 |
| 520540195 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2025 21:03:11 | Walmart, 702 SW 8th Street, M.S. 0705, Bentonville, AR 72716-6299 |
| 520540196 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2025 21:15:06 | Wayfair, PO Box 70267, Philadelphia, PA 19176-0267 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520540180 | ##+ | AtlantiCare, 2500 English Creek Ave., Egg Harbor Township, NJ 08234-5549 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 06, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Jennifer L. Kearney | on behalf of Joint Debtor Kristen D. Domenico jkearney@belluccilaw.net bbellucci@belluccilaw.net,jkearney@belluccilaw.net,kpalermo@belluccilaw.net |
| Jennifer L. Kearney | on behalf of Debtor Vincent J. Domenico  Sr. jkearney@belluccilaw.net, bbellucci@belluccilaw.net,jkearney@belluccilaw.net,kpalermo@belluccilaw.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4