UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

BellucciLaw, P.C.
450 Tilton Road, Suite 101
Northfield, NJ 08225
(609) 601-1500, Fax (609) 365-2351
Attorneys for Debtor(s)
Bruno Bellucci, III, Esquire, 001011990
Jennifer L. Kearney, Esquire, 240402017

**Order Filed on February 25, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Vincent J. Domenico, Sr.
Kristen D. Domenico

Case No.: 25-11107

Adv. No.:

Hearing Date:   2/25/2025

Judge:   Hon. Andrew B. Altenburg, Jr.

## ORDER TO EXTEND THE AUTOMATIC STAY

The relief set forth on the following page, is hereby **ORDERED**.

**DATED: February 25, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Vincent J. Domenico, Sr. and Kristen D. Domenico
Case No.:    25-11107
Order to Extend the Automatic Stay

---

Upon consideration of Debtors' motion/application for an Order to Extend the Automatic Stay as to Vincent J. Domenico, Sr. and Kristen D. Domenico and good cause appearing therefore,

**IT IS** hereby **ORDERED** as follows:

1. The Automatic Stay pursuant to Section 362(c)(4)(B) of the Bankruptcy Code as to Debtors Vincent J. Domenico, Sr. and Kristen D. Domenico shall be extended and remain in full force and effect and will not expire on the 30th day of the filing of this bankruptcy case.