```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

BellucciLaw, P.C.
450 Tilton Road, Suite 101
Northfield, NJ 08225
(609) 601-1500, Fax (609) 365-2351
Attorneys for Debtor(s)
Bruno Bellucci, III, Esquire, 001011990
Jennifer L. Kearney, Esquire, 240402017
```

Order Filed on February 25, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 25-11107 |
| Vincent J. Domenico, Sr.<br>Kristen D. Domenico | Adv. No.: |
| | Hearing Date: 2/25/2025 |
| | Judge: Hon. Andrew B. Altenburg, Jr. |

### ORDER TO EXTEND THE AUTOMATIC STAY

The relief set forth on the following page, is hereby **ORDERED**.

**DATED: February 25, 2025**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Vincent J. Domenico, Sr. and Kristen D. Domenico
Case No.:    25-11107
Order to Extend the Automatic Stay

---

Upon consideration of Debtors' motion/application for an Order to Extend the Automatic Stay as to Vincent J. Domenico, Sr. and Kristen D. Domenico and good cause appearing therefore,

**IT IS** hereby **ORDERED** as follows:

1. The Automatic Stay pursuant to Section 362(c)(4)(B) of the Bankruptcy Code as to Debtors Vincent J. Domenico, Sr. and Kristen D. Domenico shall be extended and remain in full force and effect and will not expire on the 30th day of the filing of this bankruptcy case.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-11107-ABA |
| Vincent J. Domenico, Sr. | Chapter 13 |
| Kristen D. Domenico | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 26, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent J. Domenico, Sr., Kristen D. Domenico, 370 Pine Road, Hammonton, NJ 08037-8975 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jennifer L. Kearney | on behalf of Joint Debtor Kristen D. Domenico jkearney@belluccilaw.net bbellucci@belluccilaw.net,jkearney@belluccilaw.net,kpalermo@belluccilaw.net |
| Jennifer L. Kearney | on behalf of Debtor Vincent J. Domenico Sr. jkearney@belluccilaw.net, bbellucci@belluccilaw.net,jkearney@belluccilaw.net,kpalermo@belluccilaw.net |
| U.S. Trustee | |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Feb 26, 2025 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5