

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Andrew B. Finberg, Esquire
Office of the Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977
(856) 663-5002

**Order Filed on March 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
 VINCENT J. DOMENICO, SR.
 KRISTEN D. DOMENICO

                Debtors

Case No. 25-11107 (ABA)

Judge:  Andrew B. Altenburg, Jr.

# CONSENT ORDER
## RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE

      The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 3, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: VINCENT J. DOMENICO, SR. AND KRISTEN D. DOMENICO
Case No. 25-11107 (ABA)
**CONSENT ORDER RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE**

---

Upon agreement with the Trustee and Debtor(s), for bad faith filing pursuant to 11 U.S.C. §1307 (c) and good cause appearing therefore, it is hereby;

**ORDERED** that Debtor(s)' Chapter 13 case number 25-11107 (ABA) is hereby allowed to continue;

**IT IS FURTHER ORDERED** that if the Debtor(s)' instant Chapter 13 case should be dismissed, the Debtor(s) shall be barred from filing for bankruptcy protection under Chapter 13 for a period of 180-days from the date of dismissal of Debtor(s)' case.


/s/ Brunco Bellucci, III                                     2/21/2025
Bruno Bellucci, III                                          Date
Debtors' Attorney


/s/ Andrew B. Finberg                                        2/24/2025
Andrew B. Finberg                                            Date
Chapter 13 Standing Trustee