| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor:<br>Federal Home Loan Mortgage Corporation, as<br>Trustee for the benefit of the Freddie Mac Seasoned<br>Loans Structured Transaction Trust, Series 2019-1 | Order Filed on March 26, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Kristen D. Domenico<br>Vincent J. Domenico Sr.<br>Debtors | Case No.: 25-11107 ABA<br><br>Hearing Date: 4/9/2025 @ 9am<br><br>Judge: Andrew B. Altenburg Jr. |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: March 26, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

| | |
|---|---|
| Debtors: | Kristen D. Domenico & Vincent J. Domenico Sr. |
| Case No.: | 25-11107 ABA |
| Caption: | **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN** |

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, holder of a mortgage on real property located at 370 Pine Road, Hammonton, NJ, 08037, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Jennifer L. Kearney, Esquire, attorney for Debtor, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor will file a proof of claim prior to the proof of claim bar date of April 14, 2025; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors shall pay the arrearage claim of Secured Creditor in full, when filed through the Chapter 13 Plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors are to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors reserves their right to object to Secured Creditor's proof of claim and notice of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:  
Vincent J. Domenico, Sr.  
Kristen D. Domenico  
    Debtors

Case No. 25-11107-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Mar 26, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2025:**

**Recip ID**      **Recipient Name and Address**  
db/jdb      + Vincent J. Domenico, Sr., Kristen D. Domenico, 370 Pine Road, Hammonton, NJ 08037-8975

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2025 at the address(es) listed below:

**Name**      **Email Address**

Andrew B Finberg  
     ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg  
     on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon  
     on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jennifer L. Kearney  
     on behalf of Joint Debtor Kristen D. Domenico jkearney@belluccilaw.net bbellucci@belluccilaw.net,jkearney@belluccilaw.net,kpalermo@belluccilaw.net

Jennifer L. Kearney  
     on behalf of Debtor Vincent J. Domenico Sr. jkearney@belluccilaw.net,

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 26, 2025 | Form ID: pdf903 | Total Noticed: 1 |

bbellucci@belluccilaw.net,jkearney@belluccilaw.net,kpalermo@belluccilaw.net

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6