Certificate Number: 03088-NJ-DE-039613655

Bankruptcy Case Number: 25-11107



03088-NJ-DE-039613655

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 30, 2025, at 9:45 o'clock PM CDT, Kristen Danyelle Domenico completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   April 30, 2025          By:   /s/Doug Tonne

Name:   Doug Tonne

Title:   Counselor