Certificate Number: 03088-NJ-DE-039613656

Bankruptcy Case Number: 25-11107



03088-NJ-DE-039613656

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 30, 2025, at 9:45 o'clock PM CDT, Vincent Joseph Domenico Sr. completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   April 30, 2025                   By:   /s/Doug Tonne

                                         Name: Doug Tonne

                                         Title: Counselor