UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:                                                     CASE NO.: 25-11107
CHAPTER 13

**Vincent J. Domenico, Sr.,**
  Debtor.

**Kristen D. Domenico,**
  Joint Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    130 Clinton Rd #202
    Fairfield, NJ 07004
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

    By: /s/Cory Woerner
        Cory Woerner
        Email: cwoerner@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 2, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

VINCENT J. DOMENICO, SR.
370 PINE ROAD
HAMMONTON, NJ 08037

KRISTEN D. DOMENICO
370 PINE ROAD
HAMMONTON, NJ 08037

And via electronic mail to:

JENNIFER L. KEARNEY ESQUIRE
450 TILTON ROAD, SUITE 101
NORTHFIELD, NJ 08225

ANDREW B FINBERG
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE, 535 ROUTE 38, SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE, OFFICE OF THE US TRUSTEE, ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Angela Gill