Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−11107−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Vincent J. Domenico Sr. | Kristen D. Domenico |
| 370 Pine Road | 370 Pine Road |
| Hammonton, NJ 08037 | Hammonton, NJ 08037 |

Social Security No.:
   xxx−xx−2628                          xxx−xx−9969

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 15, 2025.

Dated: May 15, 2025
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-11107-ABA |
| Vincent J. Domenico, Sr. | Chapter 13 |
| Kristen D. Domenico | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: May 15, 2025 | Form ID: plncf13 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent J. Domenico, Sr., Kristen D. Domenico, 370 Pine Road, Hammonton, NJ 08037-8975 |
| 520540179 | + | Atlantic Emergency Assoc., 1925 Pacific Ave. # 8, Atlantic City, NJ 08401-6713 |
| 520540182 | + | Cooper Health System, 7 Foster Ave Ste 10, Gibbsboro, NJ 08026-1191 |
| 520540184 | + | Justice, 18900 Michigan Ave., Dearborn, MI 48126-3912 |
| 520540185 | + | KML Law Group, PC, 216 Haddon Ave. Ste. 406, Collingswood, NJ 08108-2812 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 15 2025 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 15 2025 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | May 15 2025 21:07:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 520543632 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 21:11:03 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520540181 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2025 21:23:41 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520548356 | + | Email/PDF: ebn_ais@aisinfo.com | May 15 2025 21:10:18 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520540183 | + | Email/PDF: creditonebknotifications@resurgent.com | May 15 2025 21:10:33 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 520643497 | + | Email/Text: RASEBN@raslg.com | May 15 2025 21:07:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520620226 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 15 2025 21:09:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520600359 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 15 2025 21:09:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520540186 | | Email/Text: govtaudits@labcorp.com | May 15 2025 21:07:00 | LabCorp, PO Box 2240, Burlington, NC 27216 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: plncf13 | Total Noticed: 33 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520588104 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 21:23:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520540188 | | Email/Text: ml-ebn@missionlane.com | May 15 2025 21:06:00 | Mission Lane, PO Box 105286, Atlanta, GA 30348 |
| 520540187 | + | Email/Text: bankruptcydpt@mcmcg.com | May 15 2025 21:08:00 | Midland Credit Management, 350 Camino De La Reina Ste. 100, San Diego, CA 92108-3007 |
| 520609752 | + | Email/Text: bankruptcydpt@mcmcg.com | May 15 2025 21:08:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520617458 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2025 21:10:42 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520593447 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2025 21:10:08 | Portfolio Recovery Associates, LLC, c/o ALLY BANK, POB 41067, Norfolk, VA 23541 |
| 520540189 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 15 2025 21:09:00 | Premier Bankcard, Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 520540190 | ^ | MEBN | May 15 2025 21:01:46 | Quality Asset Recovery, LLC, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 520548928 | | Email/Text: bnc-quantum@quantum3group.com | May 15 2025 21:08:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520540191 | + | Email/Text: bnc-quantum@quantum3group.com | May 15 2025 21:08:00 | Quantum3 Group, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520614418 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 21:23:37 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520559208 | + | Email/Text: enotifications@santanderconsumerusa.com | May 15 2025 21:08:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 520540192 | + | Email/Text: DeftBkr@santander.us | May 15 2025 21:08:00 | Santander, 75 State St., Boston, MA 02109-1846 |
| 520540193 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 15 2025 21:09:00 | Select Portfolio, 3217 S Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 520540194 | + | Email/Text: bankruptcy@sunrisecreditservices.com | May 15 2025 21:07:00 | Sunrise Credit, 260 Airport Plaza Blvd., Farmingdale, NY 11735-3946 |
| 520540195 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 21:23:33 | Walmart, 702 SW 8th Street, M.S. 0705, Bentonville, AR 72716-6299 |
| 520540196 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2025 21:10:14 | Wayfair, PO Box 70267, Philadelphia, PA 19176-0267 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520540180 | ##+ | AtlantiCare, 2500 English Creek Ave., Egg Harbor Township, NJ 08234-5549 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: plncf13 | Total Noticed: 33 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 17, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:

**Name**  **Email Address**

Andrew B Finberg
courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Cory Francis Woerner
on behalf of Creditor Federal Home Loan Mortgage Corporation cwoerner@raslg.com

Denise E. Carlon
on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jennifer L. Kearney
on behalf of Joint Debtor Kristen D. Domenico jkearney@belluccilaw.net bbellucci@belluccilaw.net,jkearney@belluccilaw.net,kpalermo@belluccilaw.net

Jennifer L. Kearney
on behalf of Debtor Vincent J. Domenico Sr. jkearney@belluccilaw.net, bbellucci@belluccilaw.net,jkearney@belluccilaw.net,kpalermo@belluccilaw.net

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7