B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY

In re   VINCENT J DOMENICO SR                                   Case No. __25-11107__
         KRISTEN D DOMENICO

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| _____Resurgent Receivables LLC_____ | _____Resurgent Capital Services as servicing agent for Best Egg_____ |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Resurgent Receivables LLC
  c/o Resurgent Capital Services
  PO Box 10587
  Greenville, SC 29603-0587

Phone: __(877) 264-5884__
Last Four Digits of Acct #: __6725__

Court Claim # (if known): __15__
Amount of Claim: __$2,513.12__
Date Claim Filed: __06/10/2025__

Phone: _____
Last Four Digits of Acct. #: __1235__

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/Lorel Thompson__          Date: __07/30/2025__
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.