| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Facsimile: 973-404-8886<br>Attorneys for Secured Creditor<br><br>Vincent A. Aprile (512012025) | Order Filed on September 11, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Vincent J. Domenico, Sr.,**<br><br>    **Debtor,**<br><br>**Kristen D. Domenico,**<br><br>    **Joint Debtor.** | Case No.:     25-11107-ABA<br><br>Chapter:     13<br><br>Hearing Date:  August 19, 2025<br><br>Judge:    Andrew B. Altenburg Jr. |

### ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: September 11, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

    THIS MATTER having come before the Court on the Creditor's Motion for Relief from the Automatic Stay of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 ("Secured Creditor") by and through its counsel, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as to the real property commonly known as 370 Pine Road, Hammonton, New Jersey 08037 (the "Subject Property"), and Jennifer L. Kearney, Esquire representing Vincent J. Domenico, Sr. and Kristen D. Domenico ("Debtor(s)"), and for good cause it is ORDERED that Secured Creditor's Motion for Relief from the Automatic Stay is resolved, subject to the following conditions:

1. Status of post-petition arrearages:
   - ■ The Debtor is overdue for 04 months from May 1, 2025 through August 1, 2025.
   - ■ The Debtor is overdue for 04 payments from May 1, 2025 through August 1, 2025 at $1,723.94 per month.

    Funds Held In Suspense ($1,622.66).

    Total Arrearages Due $5,273.10.

2. Debtor must cure all post-petition arrearages, as follows:

   ■ Beginning on September 1, 2025, regular monthly mortgage payments shall continue to be made in the amount of $1,723.94 pursuant to periodic adjustments and any Notice of Payment Change(s) filed on the docket.

   ■ Beginning on September 15, 2025, monthly cure payments shall be made in the amount of $878.85 for 06 months.

3. Payments to the Secured Creditor shall be made to the following address(es):

   ■ Regular monthly payment:  Select Portfolio Servicing, Inc.
   Attn: Remittance Processing
   P.O. Box 65450
   Salt Lake City, UT 84165-0450

   ■ Monthly cure payment:  Select Portfolio Servicing, Inc.
   Attn: Remittance Processing
   P.O. Box 65450
   Salt Lake City, UT 84165-0450

4. Secured Creditor shall retain its first mortgage lien on the Property and none of its rights are being modified.

5. In the event of Default:

■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment or Trustee payments should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ This order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

6. Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $0.00 and costs of $0.00.