Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 25-11107 (ABA)

Vincent J. Domenico, Sr. and Kristen D. Domenico
370 Pine Road
Hammonton, NJ  08037

Monthly Payment: $1,860.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2025 to 12/31/2025**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 03/04/2025 | $1,700.00 | 04/14/2025 | $1,700.00 | 05/27/2025 | $1,700.00 | 06/30/2025 | $1,860.00 |
| 08/15/2025 | $1,860.00 | 09/12/2025 | $1,860.00 | 10/24/2025 | $1,860.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | VINCENT J. DOMENICO, SR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRUNO BELLUCCI, III, ESQUIRE | 13 | $2,200.00 | $2,200.00 | $0.00 | $0.00 |
| 1 | ATLANTICARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ATLANTIC EMERGENCY ASSOC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE, N.A. | 33 | $234.78 | $0.00 | $234.78 | $0.00 |
| 4 | COOPER HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $479.66 | $0.00 | $479.66 | $0.00 |
| 6 | JUSTICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | ASHLEY FUNDING SERVICES, LLC | 33 | $46.71 | $0.00 | $46.71 | $0.00 |
| 8 | LABCORP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $2,466.44 | $0.00 | $2,466.44 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,900.59 | $0.00 | $4,900.59 | $0.00 |
| 11 | PREMIER BANKCARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $737.40 | $0.00 | $737.40 | $0.00 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $1,490.00 | $0.00 | $1,490.00 | $0.00 |
| 14 | SANTANDER CONSUMER USA, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SELECT PORTFOLIO SERVICING, INC. | 24 | $76,991.30 | $9,086.00 | $67,905.30 | $0.00 |
| 16 | LVNV FUNDING, LLC | 33 | $1,436.41 | $0.00 | $1,436.41 | $0.00 |
| 17 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | WALMART | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | WAYFAIR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | JENNIFER L. KEARNEY , ESQUIRE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | KRISTEN D. DOMENICO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | VINCENT J. DOMENICO SR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | ASHLEY FUNDING SERVICES, LLC | 33 | $46.71 | $0.00 | $46.71 | $0.00 |
| 25 | ASHLEY FUNDING SERVICES, LLC | 33 | $545.00 | $0.00 | $545.00 | $0.00 |
| 26 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,514.52 | $0.00 | $1,514.52 | $0.00 |
| 27 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $1,195.66 | $0.00 | $1,195.66 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 28 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $879.15 | $0.00 | $879.15 | $0.00 |
| 29 | RESURGENT RECEIVABLES, LLC | 33 | $2,513.12 | $0.00 | $2,513.12 | $0.00 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $530.35 | $0.00 | $530.35 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2025 | 2.00 | $0.00 |
| 05/01/2025 | Paid to Date | $3,400.00 |
| 06/01/2025 | 57.00 | $1,860.00 |
| 03/01/2030 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $12,540.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $3,880.00 |
| Attorney: | BRUNO BELLUCCI, III, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**