UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Eisenberg Gold & Agrawal, P.C.

1040 Kings Highway N, #200

Cherry Hill, NJ 08034

(856) 330-6200

Attorney for Santander Bank, N.A., as

servicer for Santander Consumer USA Inc.

**Order Filed on July 14, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Vincent J. Domenico, Sr.

Kristen D. Domenico

| | |
|---|---|
| Case No.: | 25-11107 |
| Hearing Date: | 7/14/2026 |
| Judge: | ABA |
| Chapter: | 13 |

Recommended Local Form     ☒ Followed     ☐ Modified

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 14, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of  Santander Bank, N.A., as  servicer for Santander Consumer USA Inc.      , under

Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant
to institute or resume and prosecute to conclusion one or more actions in the

court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real property more fully described as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its
rights and remedies under the terms of the subject mortgage and pursue its state court remedies
including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing
other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or
deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or
purchaser's assignee) may take any legal action for enforcement of its right to possession of the
property.

☒ Personal property more fully described as:
   2022 Ford Explorer bearing vehicle identifcation number
   1FMSK8DH7NGB15500

It is further ORDERED that the movant may join the debtor and any trustee appointed in
this case as defendants in its action(s) irrespective of any conversion to any other chapter of the
Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate
with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-
bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further
distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who
entered an appearance on the motion.

*rev. 11/14/2023*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 25-11107-ABA

Vincent J. Domenico, Sr.                                                                           Chapter 13

Kristen D. Domenico

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                                         User: admin                                                  Page 1 of 2

Date Rcvd: Jul 15, 2026                                 Form ID: pdf903                                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

**Recip ID                          Recipient Name and Address**
db/jdb                        +  Vincent J. Domenico, Sr., Kristen D. Domenico, 370 Pine Road, Hammonton, NJ 08037-8975

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026                              Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

**Name                          Email Address**

Andrew B Finberg

    courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg

    on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Cory Francis Woerner

    on behalf of Creditor Federal Home Loan Mortgage Corporation cwoerner@raslg.com

Jennifer L. Kearney

    on behalf of Debtor Vincent J. Domenico  Sr. jkearney@belluccilaw.net,
bbellucci@belluccilaw.net,jkearney@belluccilaw.net,kpalermo@belluccilaw.net

Jennifer L. Kearney

    on behalf of Joint Debtor Kristen D. Domenico jkearney@belluccilaw.net
bbellucci@belluccilaw.net,jkearney@belluccilaw.net,kpalermo@belluccilaw.net

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: pdf903 | Total Noticed: 1 |

Levi Chaimowitz

on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION chamo549@gmail.com

Matthew K. Fissel

on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 9