Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 25−11107−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Vincent J. Domenico Sr.<br>370 Pine Road<br>Hammonton, NJ 08037 | Kristen D. Domenico<br>370 Pine Road<br>Hammonton, NJ 08037 |

Social Security No.:

| | |
|---|---|
| xxx−xx−2628 | xxx−xx−9969 |

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 27, 2026.

Dated: August 27, 2026
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-11107-ABA
Vincent J. Domenico, Sr. Chapter 13
Kristen D. Domenico
Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 3
Date Rcvd: Aug 27, 2026 Form ID: plncf13 Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent J. Domenico, Sr., Kristen D. Domenico, 370 Pine Road, Hammonton, NJ 08037-8975 |
| 520540179 | + | Atlantic Emergency Assoc., 1925 Pacific Ave. # 8, Atlantic City, NJ 08401-6713 |
| 520540182 | + | Cooper Health System, 7 Foster Ave Ste 10, Gibbsboro, NJ 08026-1191 |
| 520540184 | + | Justice, 18900 Michigan Ave., Dearborn, MI 48126-3912 |
| 520540185 | + | KML Law Group, PC, 216 Haddon Ave. Ste. 406, Collingswood, NJ 08108-2812 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 27 2026 21:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 27 2026 21:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 27 2026 21:48:00 | FEDERAL HOME LOAN MORTGAGE CORPORATION, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 27 2026 21:48:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 27 2026 21:49:00 | Santander Bank, N.A., as servicer for Santander Co, P.O. Box 961245, Fort Worth, TX 76161, UNITED STATES 76161-0244 |
| 520543632 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2026 21:46:01 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520540181 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2026 21:45:41 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520548356 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 27 2026 21:46:02 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520540183 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 27 2026 21:45:58 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 520643497 | + | Email/Text: RASEBN@raslg.com | Aug 27 2026 21:48:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

| | | | | |
|---|---|---|---|---|
| 520620226 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 27 2026 21:50:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520600359 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2026 21:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520540186 | | Email/Text: govtaudits@labcorp.com | Aug 27 2026 21:49:00 | LabCorp, PO Box 2240, Burlington, NC 27216 |
| 520588104 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2026 21:46:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520540188 | | Email/Text: ml-ebn@missionlane.com | Aug 27 2026 21:48:00 | Mission Lane, PO Box 105286, Atlanta, GA 30348 |
| 520540187 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2026 21:49:00 | Midland Credit Management, 350 Camino De La Reina Ste. 100, San Diego, CA 92108-3007 |
| 520609752 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2026 21:49:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520617458 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2026 21:45:45 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520593447 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2026 21:46:16 | Portfolio Recovery Associates, LLC, c/o ALLY BANK, POB 41067, Norfolk, VA 23541 |
| 520540189 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2026 21:49:00 | Premier Bankcard, Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 520540190 | ^ | MEBN | Aug 27 2026 21:41:27 | Quality Asset Recovery, LLC, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 520548928 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2026 21:49:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520540191 | + | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2026 21:49:00 | Quantum3 Group, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520614418 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2026 21:46:01 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520761746 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2026 21:46:01 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520761747 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2026 21:46:01 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables LLC, c/o Resurgent Capital Services 29603-0587 |
| 520559208 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 27 2026 21:49:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 520540192 | + | Email/Text: DeftBkr@santander.us | Aug 27 2026 21:49:00 | Santander, 75 State St., Boston, MA 02109-1846 |
| 520540193 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 27 2026 21:50:00 | Select Portfolio, 3217 S Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 520540194 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Aug 27 2026 21:48:00 | Sunrise Credit, 260 Airport Plaza Blvd., Farmingdale, NY 11735-3946 |
| 520540195 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2026 21:46:11 | Walmart, 702 SW 8th Street, M.S. 0705, Bentonville, AR 72716-6299 |
| 520540196 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2026 21:57:00 | Wayfair, PO Box 70267, Philadelphia, PA 19176-0267 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| 520540180 | ##+ | AtlantiCare, 2500 English Creek Ave., Egg Harbor Township, NJ 08234-5549 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Cory Francis Woerner | on behalf of Creditor Federal Home Loan Mortgage Corporation cwoerner@raslg.com |
| Jennifer L. Kearney | on behalf of Joint Debtor Kristen D. Domenico jkearney@belluccilaw.net bbellucci@belluccilaw.net,jkearney@belluccilaw.net,kpalermo@belluccilaw.net |
| Jennifer L. Kearney | on behalf of Debtor Vincent J. Domenico Sr. jkearney@belluccilaw.net, bbellucci@belluccilaw.net,jkearney@belluccilaw.net,kpalermo@belluccilaw.net |
| Levi Chaimowitz | on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION chamo549@gmail.com |
| Matthew K. Fissel | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Bank N.A., as servicer for Santander Consumer USA Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9